IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:21-mj- 105 |
| v. | |
| ALEJANDRO GUERRA | *UNDER SEAL* |

## ORDER SEALING COMPLAINT APPLICATION, AFFIDAVIT, ARREST WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint Application, Affidavit, Arrest Warrant, this Motion, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint Application, Affidavit, Arrest Warrant, this Motion, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

SO ORDERED this 27th day of April 2021.

David C. Keesler
United States Magistrate Judge